Case 1:24-cv-06987-GHW   Document 20   Filed 12/05/24   Page 1 of 1
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2024
```



**MEMORANDUM ENDORSED**

**MATTHEW KRAUS**
Direct Dial: (212) 785-0757
mkraus@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, 7th Floor
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

December 5, 2024

**Via ECF and Email (WoodsNYSDChambers@nysd.uscourts.gov)**

Hon. Gregory H. Woods, USDJ
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

      **Re:** *Mt. Hawley Insurance Company v. Erigere Rapidus Solutions, Inc.*
          **Case No.** 24-CV-6987 (GHW)

Dear Judge Woods:

    Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") writes to request that the Court extend the of time to submit an order to show cause regarding the entry of default judgment against defendant Erigere Rapidus Solutions, Inc. ("ERS") pursuant to Your Honor's Individual Rules of Practice in Civil Case from December 9, 2024 to December 16, 2024. Mt. Hawley has not previously requested an adjournment or extension of time to submit the order to show cause. Mt. Hawley is making the request is that counsel was away for the Thanksgiving holiday and needs an additional week to prepare the submission. Mt. Hawley has not been able to obtain ERS' consent since it has not appeared in this action.

    We thank the Court for its attention to this matter.

Very truly yours,

**CHARTWELL LAW**

By: _____
    Matthew Kraus (MK0621)

Application granted. The Court expects that any application for an order to show cause regarding the entry of default judgment will be made to the Court in full compliance with Attachment A to the Court's Individual Rules of Practice in Civil Cases by December 16, 2024. Plaintiff is directed to serve a copy of this Order on Defendant.

SO ORDERED.

Dated: December 5, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

WWW.CHARTWELLLAW.COM