UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
MT. HAWLEY INSURANCE COMPANY,

Case No.: 24-CV-006987 (GHW)

Plaintiff,

**ORDER TO SHOW CAUSE**

-against-

ERIGERE RAPIDUS SOLUTIONS, INC.,

Defendant.

---------------------------------------------------------x

Upon the annexed declaration of Andrew J. Furman, Esq., executed on the 16th day of December, 2024, and all the exhibits annexed thereto, and upon the annexed Memorandum of Law in Support of Motion for Default Judgment, dated December 16, 2024, and good cause being shown therefore:

**IT IS HEREBY ORDERED**, that defendant, Erigere Rapidus Solutions, Inc. ("Defendant"), show cause before this Court at the United States District Court for the Southern District of New York, with an address of 500 Pearl Street, Courtroom 12C, New York, New York 10007 on the _____ day of _____, 202_, at _____, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure ("FRCP"), entering a default judgment against Defendant; and it is further

**ORDERED** that service of a copy of this Order via _____ on or before _____, along with a copy of the declaration of Andrew J. Furman, Esq., with exhibits annexed thereto, and the Memorandum of Law in Support of Motion for Default Judgment, upon _____ shall be deemed good and sufficient service thereof; and it is further

**ORDERED** that Defendant shall file its papers in opposition by _____,

and that plaintiff, Mt. Hawley Insurance Company, shall file its reply papers by _____;

and it is further

**ORDERED** that:

Dated: New York, New York
　　　December __, 2024

By:　　_____
　　　Hon. Gregory H, Woods,
　　　United States District Judge