```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                :
MT. HAWLEY INSURANCE COMPANY,                   :
                                                :
                           Plaintiff,           :     1:24-cv-6987-GHW
                                                :
              -v-                               :     ORDER
                                                :
ERIGERE RAPIDUS SOLUTIONS, INC.,                :
                                                :
                           Defendant.           :
                                                :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 16, 2024, Plaintiff filed an application for an order to show cause why default judgment should not be entered against Defendant pursuant to Fed. R. Civ. P. 55. Dkt. No. 23. As a result, the initial pretrial conference scheduled for December 20, 2024, *see* Dkt. No. 13, is adjourned *sine die*. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: December 16, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge