UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       :
MT. HAWLEY INSURANCE COMPANY,   :
       :
      Plaintiff,   :   24-CV-06987 (JAV)
       :
   -v-   :   **ORDER**
       :
ERIGERE RAPIDUS SOLUTIONS, INC.,   :
       :
      Defendant.   :
       :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On December 16, 2024, Plaintiff filed an application for an order to show cause why default judgment should not be entered against Defendant pursuant to Fed. R. Civ. P. 55. (ECF No. 23). The Court instructed Plaintiff to serve a copy of ECF No. 25 on the Defendant. (ECF No. 25). On December 16, 2024, this case was reassigned to Judge Jeannette A. Vargas from Judge Gregory H. Woods.

      On December 17, 2024, a copy of ECF No. 25 was served by the Plaintiff on the Defendant. (ECF No. 26). Accordingly, Defendant is **ORDERED** to respond to Plaintiff's order to show cause why default judgment should not be entered against Defendant by **January 29, 2025**.

      Counsel for all parties shall appear for a conference regarding the order to show cause with the Court on **February 12, 2025, at 10 AM**. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.**

      Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service by **December 30, 2024**.

      SO ORDERED.

Dated: December 27, 2024
      New York, New York                                 _____
                                                                  JEANNETTE A. VARGAS
                                                                  United States District Judge