JUSTIN D. SANTAGATA, ESQ. (NJ ID 000822009/NY ID 484075)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue
Atlantic City, NJ 08401
P: 609-247-3121
E: jsantagata@cooperlevenson.com

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ERIGERE RAPIDUS SOLUTIONS INC.,<br><br>    Defendant. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br><br>CIVIL ACTION<br><br>1:24-CV-06987<br><br><br>**NOTICE OF MOTION TO INTERVENE** |

 To the Clerk of Court and all interested parties:

PLEASE TAKE NOTICE that proposed Intervenor-Defendant Parke Bank Inc. ("**Parke**") moves to intervene pursuant to Fed.R.Civ.P. 24. Contemporaneously with this motion, Parke is moving (via letter-motion) to shorten time and have the motion to intervene heard on February 12, 2025 at the same time as Plaintiff's order to show cause for default judgment (ECF23-24, 27).

In the motion to intervene, Parke requests: (i) intervention as of right; (ii) permissive intervention; and (iii) a stay of the order to show cause for default judgment pending adjudication of the issues raised in the motion for intervention, including bases for dismissal of this litigation.

This motion to intervene is based upon the following: (i) brief; (ii) proposed order; (iii) declaration of Justin D. Santagata, Esq. with Exhibits A through O.

All parties are being served with the motion to intervene via ECF, except Defendant is being served via its New Jersey counsel, Christopher Keating, Esq., via email (upon consent for acceptance via email).

Dated: January 28, 2025

JUSTIN D. SANTAGATA, ESQ.
COOPER LEVENSON P.A.
Attorneys for Parke Bank Inc.