

1125 Atlantic Avenue – 3rd Floor
Atlantic City, NJ 08401
Phone (609) 344-3161
Toll Free (800) 529-3161
Fax (609) 344-0939
www.cooperlevenson.com

Direct Phone: 609-247-3121

**JUSTIN D. SANTAGATA, ESQ.**
EMAIL: jsantagata@cooperlevenson.com

FILE NO. 57730

January 28, 2025

**VIA ECF**
Hon. Jeannette A. Vargas, U.S.D.J.
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

> Re: **Mt. Hawley Insurance Co. v. Erigere Rapidus Solutions Inc.**
> **1:24-cv-06987 (JAV)**

Dear Judge Vargas:

We represent proposed Intervenor-Defendant Parke Bank Inc. ("**Parke**"). Please accept this letter-motion to shorten time pursuant to Fed.R.Civ.P. 6(c).

Defendant Erigere Rapidus Solutions Inc.'s ("**ERS**") opposition to default judgment is due January 29, 2025, with a hearing set for February 12, 2025. (ECF27.) For the reasons more extensively set forth in Parke's motion to intervene, Parke seeks to intervene and ultimately dismiss Plaintiff's complaint. Plaintiff Mt. Hawley Insurance Co. ("**Mt. Hawley**") is attempting to obtain a default judgment against ERS when an indistinguishable action has been pending in New Jersey state court since last year. Mt. Hawley received a negative ruling in that action and then filed its complaint here.

Parke's interest here is simple. It has an over-$9,500,000 judgment against ERS and the New Jersey state court has already ruled it has a plausible claim for recovery against ERS' insurance carrier, Mt. Hawley; this is what Mt. Hawley is trying to circumvent here. None of this is set forth in Mt. Hawley's motion for default judgment.

Parke only learned of the pending default judgment on January 23, 2025.

**COOPER LEVENSON, P.A.**

<u>Parke Bank v. Erigere Rapidus Solutions</u>
Letter-motion to shorten time
January 28, 2025
Page 2

_____

Accordingly, Parke moves to shorten the time for a motion to intervene under Fed.R.Civ.P. 24 to coincide with the hearing date on Mt. Hawley's motion for default judgment.[1] Parke proposes that opposition to the motion to intervene be due February 6 and reply be due February 10.

Thank you for your courtesies and consideration.

Respectfully submitted,

JUSTIN D. SANTAGATA

JDS
cc:    All counsel of record (via e-filing only)

_____

[1] Per L.Civ.R. 6.1(b), motions to intervene are on a 14 (opposition)-7 (schedule).