UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MT. HAWLEY INSURANCE COMPANY,                :
:
                    Plaintiff,     :     24-CV-06987 (JAV)
:
     -v-     :     ORDER
:
ERIGERE RAPIDUS SOLUTIONS INC.,                :
:
                    Defendant.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On January 28, 2025, Intervenor-Defendant Parke Bank Inc. ("Parke") filed motion to intervene and a letter-motion to shorten time. (*See* ECF Nos. 34, 35). It is **HEREBY ORDERED** that Plaintiff, Mt. Hawley Insurance Company ("Plaintiff"), shall have until Wednesday, February 5, 2025, to oppose Parke's motion. Parke shall file a reply to Plaintiff's opposition, if any, by Friday, February 7, 2025. Oral argument on the motion to intervene will be heard at the conference scheduled for February 12, 2025, at 10:00 a.m. The Clerk of Court is directed to terminate ECF No. 35.

      SO ORDERED.

Dated: January 29, 2025
       New York, New York

                                                                     _____
                                                                     JEANNETTE A. VARGAS
                                                                     United States District Judge