UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MT. HAWLEY INSURANCE COMPANY, :
:
                Plaintiff, :
: 24-CV-06987 (JAV)
    -v- :
: ORDER
:
ERIGERE RAPIDUS SOLUTIONS, INC., :
:
                Defendant. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 12, 2025, Plaintiff Mt. Hawley Insurance Company ("Mt. Hawley) and Proposed Intervenor-Defendant Parke Bancorp Inc. ("Parke") appeared for a conference regarding Mt. Hawley's Motion for Default Judgment (ECF No. 23) and Parke's Motion to Intervene (ECF Nos. 34-35).

It is HEREBY ORDERED that the default judgment proceedings against Defendant Erigere Rapidus Solutions, Inc., are STAYED until the resolution of Parke's Motion to Intervene.

SO ORDERED.

Dated: February 14, 2025
      New York, New York
                                                     JEANNETTE A. VARGAS
                                                     United States District Judge