UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,

                      Plaintiff,

       -against-

ERIGERE RAPIDUS SOLUTIONS, INC.,

                    Defendant.
-------------------------------------------------------------X

1:24-cv-06987

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Mt. Hawley Insurance Company hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Erigere Rapidus Solutions, Inc. and Defendant-Intervenor Parke Bank, Inc.

Dated:  New York, New York
        April 24, 2026

                      **CHARTWELL LAW**

By: _____
          Matthew Kraus (MK0621)
          1 Battery Park Plaza, 35th Floor
          New York, New York 10004
          Attorneys for Plaintiff